Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of California

San Francisco Division

|  |  |  |
|---|---|---|
| **FERNANDO LOPEZ** | ) | Case No.    3:22-cv-01742 |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names.)* | | |

## COMPLAINT FOR A CIVIL CASE

**I.      The Parties to This Complaint**

      **A.      The Plaintiff(s)**

            Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | FERNANDO LOPEZ |
| Street Address | 1770 15TH STREET |
| City and County | SAN FRANCISCO |
| State and Zip Code | CALIFORNIA 94103 |
| Telephone Number | |
| E-mail Address | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UNITED STATES OF AMERICA |
| Job or Title *(if known)* | ATTN: OFFICE OF THE ATTORNEY GENERAL |
| Street Address | 950 PENNSYLVANIA AVE. NW #409 20004 |
| City and County | WASHINGTON |
| State and Zip Code | DC, 20530 |
| Telephone Number | (202) 727-3400 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

While acting within the course and scope of his office or employment with the United States Postal Service, a yet to be identified Postal Worker caused this collision by violating Vehicle Code section 21950(a) CVC, which states that a driver must yield to a pedestrian in a crosswalk at an intersection. The unidentified Postal Worker did not yield and struck Plaintiff who was crossing the road in the crosswalk.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Fernando Lopez suffered pain to his his right shoulder, right elbow, right forearm, left arm, left wrist, left hand, low back, right ankle and right foot. Mr. Lopez is still treating for his injuries. His medical bills to date total $13,644.00 plus pain and suffering. [King America Ambulance-$3,688.00, SF General Hospital-$871.00, Morello Family Chiropractic-$2,185.00, Precise Imaging-$6,600.00, California Back & Pain-$300.00.]

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

DEFENDANT AND EACH OF THEM SO NEGLIGENTLY, CARELESSLY AND/OR RECKLESSLY OWNED, OPERATED, USED, DROVE, MAINTAINED, LOANED AND/OR ENTRUSTED THEIR MOTOR VEHICLE ON 8/27/2020 SO AS TO PROXIMATELY CAUSE THEIR MOTOR VEHICLE TO STRIKE PLAINTIFF, FERNANDO LOPEZ ON 15TH STREET AND GUERRERO STREET IN SAN FRANCISCO, CALIFORNIA, THEREBY PROXIMATELY CAUSING HIM TO SUFFER INJURIES AND DAMAGES.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff Fernando Lopez suffered pain to his his right shoulder, right elbow, right forearm, left arm, left wrist, left hand, low back, right ankle and right foot.  Mr. Lopez is still treating for his injuries. His medical bills to date total $13,644.00 plus pain and suffering. [King America Ambulance-$3,688.00, SF General Hospital-$871.00, Morello Family Chiropractic-$2,185.00, Precise Imaging-$6,600.00, California Back & Pain-$300.00.]

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:            03/18/2022

Signature of Attorney

Printed Name of Attorney     Marie C. Ballon/Anthony R. Lopez

Bar Number                   227191/137401

Name of Law Firm             Southwest Legal Group

Street Address               22440 Clarendon Street, Suite 200

State and Zip Code           CA, 91367

Telephone Number             818-591-4300

E-mail Address               mballon@swlegalgrp.com