```
 1 │ STEPHANIE M. HINDS (CABN 154284)
   │ United States Attorney
 2 │ MICHELLE LO (NYRN 4325163)
   │ Chief, Civil Division
 3 │ ADRIENNE ZACK (CABN 291629)
   │ Assistant United States Attorney
 4 │
   │    450 Golden Gate Avenue, Box 36055
 5 │    San Francisco, California 94102-3495
   │    Telephone: (415) 436-7031
 6 │    FAX: (415) 436-6748
   │    adrienne.zack@usdoj.gov
 7 │
   │ Attorneys for Defendant
 8 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FERNANDO LOPEZ, | CASE NO. 4:22-CV-01742-DMR |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR RESPOND AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to extend Defendant's time within which to answer or otherwise respond to the complaint until August 4, 2022.

Additionally, pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request that the Court continue the Case Management Conference currently set for June 29, 2022, *see* ECF No. 5, and all associated deadlines until August 31, 2022, at 1:30 p.m.

The parties request this change because the pleadings in this matter are not yet settled, and the parties respectfully suggest that a case management conference will be more productive after Defendant has responded to the complaint.

This is the parties' first joint request to modify the schedule in this case. *See* Declaration of Adrienne Zack ¶ 3. The requested modification will not impact the schedule for the case because no further schedule has yet been set and because this matter is still in its initial stages. Zack Decl. ¶ 4.

STIP. TO EXTEND RESPONSE DEADLINE & CMC
CASE NO. 4:22-CV-01742-DMR

| | |
|---|---|
| DATED: June 13, 2022 | Respectfully submitted, |
| /s/ Marie C. Ballon.[1]<br>MARIE C. BALLON (CABN 227191)<br>Southwest Legal Group<br>22440 Clarendon Street, Suite 200<br>Woodland Hills, CA  91367<br>mballon@swlegalgrp.com<br>(818) 591-4300 | STEPHANIE M. HINDS<br>United States Attorney<br><br>/s/ Adrienne Zack<br>ADRIENNE ZACK<br>Assistant United States Attorney<br>Attorneys for Defendant |
| Attorney for Plaintiff | |

**ORDER (AS MODIFIED)**

Pursuant to stipulation, IT IS SO ORDERED that the Initial Case Management Conference is continued until August 31, 2022 at 1:30 p.m. in Oakland, by video conference only.  Parties  shall file a joint case management conference statement by August 24, 2022.  All parties and counsel, may access the webinar information at **https://www.cand.uscourts.gov/dmr.**

IT IS SO ORDERED AS MODIFIED.

DATED:

_____
HON. DONNA M. RYU
United States Magistrate Judge

*[stamp: IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu]*

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIP. TO EXTEND RESPONSE DEADLINE & CMC
CASE NO. 4:22-CV-01742-DMR

```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FERNANDO LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 4:22-CV-01742-DMR <br><br> DECLARATION OF ADRIENNE ZACK IN SUPPORT OF JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, ADRIENNE ZACK, declare as follows:

1. I am an Assistant United States Attorney and the attorney of record for Defendant in this action. I submit this declaration in support of the parties' Joint Stipulation to Continue the Case Management Conference filed concurrently herewith. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2. On June 7, 2022, counsel for Plaintiff, Marie C. Ballon, and I conferred regarding Defendant's deadline to respond to the complaint and the upcoming case management conference. We agreed to extend the response deadline for 30 days, until August 4, 2022, and to request a continuance of the case management conference because the pleadings in the case are not yet settled.

3. This is the parties' first joint request to modify the schedule for this matter.

4. The requested continuance of the case management conference will not affect the schedule for the case because no further schedule has yet been set and because this matter is still in its initial stages.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief. Executed this 13th day of June, 2022, in San Francisco, California.

/s/ *Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney