```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-6748
    kelsey.helland@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FERNANDO LOPEZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | CASE NO. 4:22-CV-01742-DMR<br><br>**SECOND STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR RESPOND AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to extend Defendant's time within which to answer or otherwise respond to the complaint until September 6, 2022.

　　　　Additionally, pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request that the Court continue the Case Management Conference currently set for August 31, 2022, *see* ECF No. 11, and all associated deadlines until October 5, 2022, at 1:30 p.m.

　　　　The parties request this change because the pleadings in this matter are not yet settled, and the parties respectfully suggest that a case management conference will be more productive after Defendant has responded to the complaint.

　　　　This is the parties' second joint request to modify the schedule in this case. *See* Declaration of Kelsey J. Helland ¶ 3. The requested modification will not impact the schedule for the case because no further schedule has yet been set and because this matter is still in its initial stages. *Id.* ¶ 4.

DATED: August 2, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney
Attorneys for Defendant

DATED: August 2, 2022

*/s/ Marie C. Ballon.*[1]
MARIE C. BALLON (CABN 227191)
Southwest Legal Group
22440 Clarendon Street, Suite 200
Woodland Hills, CA  91367
mballon@swlegalgrp.com
(818) 591-4300

Attorney for Plaintiff

## ORDER (AS MODIFIED)

Pursuant to stipulation, IT IS SO ORDERED.  The Initial Case Management Conference is continued until October 5, 2022 at 1:30 p.m. in Oakland, by Videoconference only.  Parties shall file a joint case management conference statement by September 28, 2022.  All parties and counsel, may access the webinar information at **https://www.cand.uscourts.gov/dmr.**

IT IS SO ORDERED AS MODIFIED.

DATED:  August 3, 2022

IT IS SO ORDERED
*Judge Donna M. Ryu*

_____
HON. DONNA M. RYU
United States Magistrate Judge

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

SECOND STIP. TO EXTEND RESPONSE DEADLINE & CMC
4:22-CV-01742-DMR

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-6748
    kelsey.helland@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FERNANDO LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 4:22-CV-01742-DMR<br><br>**DECLARATION OF KELSEY J. HELLAND IN SUPPORT OF JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

I, KELSEY J. HELLAND, declare as follows:

    1.    I am an Assistant United States Attorney and the attorney of record for Defendant in this action. I submit this declaration in support of the parties' Second Joint Stipulation to Continue the Case Management Conference filed concurrently herewith. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

    2.    On August 1, 2022, counsel for Plaintiff, Marie C. Ballon, and I conferred regarding Defendant's deadline to respond to the complaint and the upcoming case management conference. We agreed to extend the response deadline for 33 days, until September 6, 2022, and to request a continuance of the case management conference because the pleadings in the case are not yet settled.

    3.    This is the parties' second joint request to modify the schedule for this matter. On June

1 | 14, 2022, the Court granted, as modified, the parties' first joint request to modify the schedule.  *See* ECF
2 | No. 11.
3 |     4.    The requested continuance of the case management conference will not affect the
4 | schedule for the case because no further schedule has yet been set and because this matter is still in its
5 | initial stages.

    I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief.  Executed this 2nd day of August, 2022, in San Francisco, California.

>  */s/ Kelsey J. Helland*
>  KELSEY J. HELLAND
>  Assistant United States Attorney